944 So.2d 450 (2006)
Robert David STEELE, Appellant,
v.
STATE of Florida, Appellee.
No. 5D05-3034.
District Court of Appeal of Florida, Fifth District.
November 21, 2006.
Robert Marasco and Minerva Simpson, Rockledge, for Appellant.
Charles J. Crist, Jr., Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Ndow v. State, 864 So.2d 1248 (Fla. 5th DCA 2004).
SAWAYA, ORFINGER and TORPY, JJ., concur.